1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  WILLIE WOODS,

11         Petitioner,                    No. CIV S-07-1512 LEW GGH P

12     vs.

13  SUE HUBBARD, Warden, et al.,

14         Respondents.                   FINDINGS & RECOMMENDATIONS

15  _____/

16         By order filed December 13, 2007, petitioner's application was dismissed and

17  thirty days' leave to file an amended petition or a civil rights complaint was granted.  The thirty

18  day period has now expired, and petitioner has not filed an amended petition or civil rights

19  complaint or otherwise responded to the court's order.

20         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

21  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

22         These findings and recommendations are submitted to the United States District

23  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24  days after being served with these findings and recommendations, petitioner may file written

25  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26  Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED: 03/25/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
wood1512.fta

2